[No. 36166-3-II. Division Two. July 8, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JACOB J. RIVERA, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 07-1-00030-5, James B. Sawyer II, J., entered April 9, 2007. *Affirmed in part* and *remanded* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 36278-3-II. Division Two. July 8, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES CLAY SPINKS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 06-1-02477-0, John F. Nichols, J., entered April 26, 2007. *Affirmed in part* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Houghton, J.; Quinn-Brintnall, J., concurring separately.

[No. 36611-8-II. Division Two. July 8, 2008.]

*In the Matter of the Trustee's Sale of Real Property of* ROSS D. GREER, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 07-2-00161-9, Richard D. Hicks, J., entered June 8, 2007. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton and Quinn-Brintnall, JJ.

[No. 26181-6-III. Division Three. July 8, 2008.]

THE CITY OF TACOMA ET AL., *Appellants*, v. EAST COLUMBIA IRRIGATION DISTRICT ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-2-01697-8, Kathleen M. O'Connor, J., entered May 11, 2007. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Kulik and Korsmo, JJ.